Sxn

RECEIVED

OCT 2 7 2016 EW

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Ray Coleman

(Enter above the full name of the plaintiff or plaintiffs in this action)

1:16-cv-10128
Judge John Z. Lee
Magistrate Judge Jeffrey T. Gilbert
PC 7

vs.

Case No:________________
(To be supplied by the Clerk of this Court)

The State
Chicago Police
The City of Chicago

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

**CHECK ONE ONLY:**

**AMENDED COMPLAINT**

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

___ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

___ **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

Reviewed: 8/2013

**I. Plaintiff(s):**

A. Name: Ray A Coleman Jr

B. List all aliases: N/A

C. Prisoner identification number: 20160711157

D. Place of present confinement: P.O Box 089002 Chgo Il, 60608

E. Address: Cook County

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II. Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: The state of illinois

Title: States Attorney

Place of Employment: Cook County

B. Defendant: Chicago Police department

Title: Homicide

Place of Employment: ~~the city of chicago~~ Cook County

C. Defendant: City of Chicago

Title: City of Chicago

Place of Employment: Cook county

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)



Reviewed: 8/2013

**III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: N/A

B. Approximate date of filing lawsuit: N/A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: N/A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

**IV. Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I was Charged for a 1st degree munder and was found NOT guilty I sat in the Penitiary for 18 Parole violation months and Cook County for 15 months and The State malicous prosecuted me They made me out to be a munderer they Charge me and made me siT for a case they Knew They Couldn't Convict me of I Suffered defamation of Chracter right now Iam still being accused of other related situation due to the fact of being Charged with The first munder That I was found Not guilty of The Case happen september 2, 2013 and I From That date until may 5, 2016 Iam going thru depression emotional distress people trying to hunt me over the guy and I never even Knew The guy I lost time out of my Kids life I Lost Love ones in the process and I CaN Never get over it or the time I Lost back

I spent thousand of dallors on Commisary and Phone Calls my public defender Name was Bernand okitipi and I was picked up Sept 6, 2013 and wasn't released until May 5, 2016 The time I was locked up both of my grandparents past away I could not attend either funeral also I was helping my kids mother pay rent as a resault of me being locked up she lost her apartment and was homeless with my kids for two weeks I also was put on a Couple News channel and News paper made out to be a murderer The murder took place on 106th pl. and Lasalle Chicago Ill 60628

**V. Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like 1 million dallors

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ________ day of 10/13, 20 16

Ray Coleman
(Signature of plaintiff or plaintiffs)

Ray Coleman
(Print name)

20160711157
(I.D. Number)

P.O Box 089002 Cook County Il 60608 Div 10 4L
(Address)