**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

Ray Coleman,

Plaintiff(s),

v.

The State, Chicago Police, City of Chicago,

Defendant(s).

Case No. 16-cv-10128
Judge John Z. Lee

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $ ,

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: Plaintiff's complaint is dismissed for failure to state a claim. This dismissal counts as a dismissal under 28 U.S.C. § 1915(g)

---

This action was *(check one)*:

☐ tried by a jury with Judge presiding, and the jury has rendered a verdict.
☐ tried by Judge without a jury and the above decision was reached.
☒ decided by Judge John Z. Lee.

Date: 2/7/2017

Thomas G. Bruton, Clerk of Court

Carmen Acevedo , Deputy Clerk